**Motion Denied; Order filed October 17, 2012.**



In The

# Fourteenth Court of Appeals
_____

**NO. 14-12-00781-CV**
_____

**In the Interest of L.M.W., L.M.W., J.M.L., J.B.L., A.M.L., A.R.P. aka B.G.L., Children**

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-02871J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant was granted an extension of time to file the brief until **October 17, 2012,** with a notation that no further extensions would be granted**.** No brief has been filed. On October 15, 2012, appellant filed a second motion for extension of time requesting an additional twenty-day extension.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). Accordingly, appellant's motion is **DENIED.**

Unless appellant files a brief with the clerk of this court on or before **October 29, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM